IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DUNN | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-3273 |
| | § | |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY | § § | |
| | § | |
| *Defendant.* | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff John Dunn ("Plaintiff") and Defendant Nationwide Property and Casualty Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by a hailstorm which occurred on or about March 18, 2016.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

*R. D. D.* (signature)

_____     _____
Richard D. Daly                                  */s/ Patrick M. Kemp*
Texas Bar No. 00796429                  Patrick M. Kemp
Southern District Bar No. 20706    Texas Bar No. 24043751
rdaly@dalyblack.com                      Southern District Bar No. 38513
ecfs@dalyblack.com                        pkemp@smsm.com
James Willis                                        Robert G. Wall
Texas Bar No. 24088654                  Texas Bar No. 24072411
Southern District Bar No. 2553513  Southern District Bar No. 1117137
jwillis@dalyblack.com                      rwall@smsm.com
Daly & Black, P.C.                             Segal McCambridge Singer & Mahoney
2211 Norfolk St., Suite 800             100 Congress Avenue, Suite 800
Houston, Texas 77098                      Austin, Texas 78701
(713) 655-1405                                   (512) 476-7834
(713) 655-1587 – Facsimile             (512) 476-7832 – Facsimile

**ATTORNEYS FOR PLAINTIFF JOHN DUNN**

**ATTORNEYS FOR DEFENDANT NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 16th of ___June___, 2017 to:

Richard D. Daly
James W. Willis
Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098

*/s/ Patrick M. Kemp*
Patrick M. Kemp