United States District Court
Southern District of Texas
**ENTERED**
June 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DUNN § § *Plaintiff,* § § v. § § NATIONWIDE PROPERTY AND CASUALTY § INSURANCE COMPANY § § *Defendant.* § | CIVIL ACTION NO. 4:16-cv-3273 |

### ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff John Dunn and Defendant Nationwide Property and Casualty Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

Signed this _19th_ day of _JUNE_, 2017.

_____
UNITED STATES DISTRICT JUDGE

1